AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| United States of America | )  |
|---|---|
| v. | ) Case No: 2:22-cr-156(2) |
| Brian Doliboa | ) USM No: 44293-061 |
| Date of Original Judgment: 04/13/2023 | ) |
| Date of Previous Amended Judgment: | ) Laura E. Byrum |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __52__ months **is reduced to** __46 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/13/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __04/09/2024__                                       s/Edmund A. Sargus, Jr.
                                                                 *Judge's signature*

Effective Date: _____                   Edmund A. Sargus, U.S. District Judge
*(if different from order date)*                              *Printed name and title*